# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**Boards of Trustees of Ohio Laborers' Fringe Benefit Programs,**

        Plaintiffs,

  v.

**Ohio Building Restoration Co.,**

        Defendant.

Case No. 2:10-cv-1032

JUDGE ALGENON L. MARBLEY

Magistrate Judge Kemp

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the November 21, 2011 Opinion and Order, the Court GRANTED plaintiffs' motion for default judgment, supplemental motion for default judgment, and second supplemental motion for default judgment (Docs. 14, 15 and 16). Judgment is entered against defendant in the total amount of $11,175.77, with interest on $8,030.52 of that amount to run at the contract rate. This action is hereby TERMINATED.

Date: **November 21, 2011**　　　　　　　　**James Bonini, Clerk**

                                                  s/Betty L. Clark
                                                 Betty L. Clark/Deputy Clerk